In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-319 CV


____________________



BAYOU FLEET SERVICE, INC., Appellant



V.



DEREK MYERS, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-177,961






MEMORANDUM OPINION



 The appellant, Bayou Fleet Service, Inc., filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion
to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 _____________________________

 STEVE McKEITHEN

 Chief Justice 

Opinion Delivered July 31, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.